IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 MJ 78

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AUSTIN ROBERT POWER | ) | |
| _____ | ) | |

This matter is before the Court on the Government's Motion to Dismiss (Doc. 12), which requests that the Criminal Complaint filed in this case be dismissed without prejudice.

For the reasons stated therein, the Government's Motion to Dismiss (Doc. 12) is **GRANTED**, and the Criminal Complaint is **DISMISSED WITHOUT PREJUDICE**.

Signed: October 1, 2019

W. Carleton Metcalf
United States Magistrate Judge